# EXHIBIT 1

*Schedule of Payments*

| Installment Payments | Attorneys' Fees and Costs | Class Members |
|---|---|---|
| **First Installment:** $40,000 (33 1/3% of total)<br><br>**Due Date: December 3, 2019** | $18,666.67 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $10,166.66 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $773.32<br><br>Adams, Misti<br>• $858.96<br><br>Imler, Lyn<br>• $413.14<br><br>Culp, Morgan<br>• $487.08<br><br>Kellam, Joann<br>• $4,325.35<br><br>Wechwartz, Brooke<br>• $87.13<br><br>Carr, Chantelle<br>• $708.83<br><br>Webb, Taquoila<br>• $519.81<br><br>Fisher, Kim<br>• $37.41<br><br>Brown, Tonya<br>• $106.67 |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Cobb, Jean<br>• $263.84<br><br>Price, Adrian<br>• $1,483.23<br><br>Burns, Alisha<br>• $101.89 |
| **First Installment:** $40,000 (33 1/3% of total)<br><br>**Due Date: December 3, 2019** | | $11,166.67 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $773.32<br><br>Adams, Misti<br>• $1,858.97<br><br>**(Including $1,000 for 1/3 of $3,000 Service Award)**<br><br>Imler, Lyn<br>• $413.14<br><br>Culp, Morgan<br>• $487.08<br><br>Kellam, Joann<br>• $4,325.35<br><br>Wechwartz, Brooke<br>• $87.13<br><br>Carr, Chantelle<br>• $708.83<br><br>Webb, Taquoila |

*Schedule of Payments*

|  |  |  |
|---|---|---|
|  |  | • $519.81<br><br>Fisher, Kim<br>• $37.41<br><br>Brown, Tonya<br>• $106.67<br><br>Cobb, Jean<br>• $263.84<br><br>Price, Adrian<br>• $1,483.23<br><br>Burns, Alisha<br>• $101.89 |
| **Second Installment:**  $6,666.67 (5.56% of total)<br><br>**Due Date: January 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $143.16<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke |

*Schedule of Payments*

|  |  |  |
|---|---|---|
|  |  | • $14.52 |
|  |  | Carr, Chantelle<br>• $118.14 |
|  |  | Webb, Taquoila<br>• $86.64 |
|  |  | Fisher, Kim<br>• $6.24 |
|  |  | Brown, Tonya<br>• $17.78 |
|  |  | Cobb, Jean<br>• $43.97 |
|  |  | Price, Adrian<br>• $247.21 |
|  |  | Burns, Alisha<br>• $16.98 |
| **Second Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: January 3, 2020** |  | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86 |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| **Third Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: February 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89 |

### *Schedule of Payments*

|  |  | Adams, Misti<br>• $143.16<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
|---|---|---|

*Schedule of Payments*

| **Third Installment:** $6,666.67 (5.56% of total)  **Due Date: February 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:  Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.  Hayes, Michelle • $128.89  Adams, Misti • $309.83  **(Including $166.67 for Service Award)**  Imler, Lyn • $68.86  Culp, Morgan • $81.18  Kellam, Joann • $720.89  Wechwartz, Brooke • $14.52  Carr, Chantelle • $118.14  Webb, Taquoila • $86.64  Fisher, Kim • $6.24  Brown, Tonya • $17.78  Cobb, Jean |

*Schedule of Payments*

|  |  | • $43.97 |
|  |  | Price, Adrian<br>    • $247.21 |
|  |  | Burns, Alisha<br>    • $16.98 |
| **Fourth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: March 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>    • $128.89<br><br>Adams, Misti<br>    • $143.16<br><br>Imler, Lyn<br>    • $68.86<br><br>Culp, Morgan<br>    • $81.18<br><br>Kellam, Joann<br>    • $720.89<br><br>Wechwartz, Brooke<br>    • $14.52<br><br>Carr, Chantelle<br>    • $118.14 |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| **Fourth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: March 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann |

*Schedule of Payments*

|  |  |  |
|---|---|---|
|  |  | • $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| **Fifth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: April 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $143.16<br><br>Imler, Lyn |

*Schedule of Payments*

| | | |
|---|---|---|
| | | • $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| **Fifth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: April 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89 |

*__Schedule of Payments__*

| | | |
|---|---|---|
| | | Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |

*Schedule of Payments*

| Sixth Installment: $6,666.67 (5.56% of total)\n\nDue Date: May 3, 2020 | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.\n\nPayment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:\n\nPayments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.\n\nHayes, Michelle\n- $128.89\n\nAdams, Misti\n- $143.16\n\nImler, Lyn\n- $68.86\n\nCulp, Morgan\n- $81.18\n\nKellam, Joann\n- $720.89\n\nWechwartz, Brooke\n- $14.52\n\nCarr, Chantelle\n- $118.14\n\nWebb, Taquoila\n- $86.64\n\nFisher, Kim\n- $6.24\n\nBrown, Tonya\n- $17.78\n\nCobb, Jean\n- $43.97 |
| --- | --- | --- |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| **Sixth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: May 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64 |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Fisher, Kim<br>&bull; $6.24<br><br>Brown, Tonya<br>&bull; $17.78<br><br>Cobb, Jean<br>&bull; $43.97<br><br>Price, Adrian<br>&bull; $247.21<br><br>Burns, Alisha<br>&bull; $16.98 |
| **Seventh Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: June 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>&bull; $128.89<br><br>Adams, Misti<br>&bull; $143.16<br><br>Imler, Lyn<br>&bull; $68.86<br><br>Culp, Morgan<br>&bull; $81.18<br><br>Kellam, Joann<br>&bull; $720.89<br><br>Wechwartz, Brooke<br>&bull; $14.52 |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| **Seventh Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: June 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan |

*Schedule of Payments*

|  |  | • $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| --- | --- | --- |
| **Eighth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: July 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89 |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Adams, Misti<br>&bull; $143.16<br><br>Imler, Lyn<br>&bull; $68.86<br><br>Culp, Morgan<br>&bull; $81.18<br><br>Kellam, Joann<br>&bull; $720.89<br><br>Wechwartz, Brooke<br>&bull; $14.52<br><br>Carr, Chantelle<br>&bull; $118.14<br><br>Webb, Taquoila<br>&bull; $86.64<br><br>Fisher, Kim<br>&bull; $6.24<br><br>Brown, Tonya<br>&bull; $17.78<br><br>Cobb, Jean<br>&bull; $43.97<br><br>Price, Adrian<br>&bull; $247.21<br><br>Burns, Alisha<br>&bull; $16.98 |

*Schedule of Payments*

| | | |
|---|---|---|
| **Eighth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: July 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean |

*Schedule of Payments*

|  |  |  |
|---|---|---|
|  |  | • $43.97<br><br>Price, Adrian<br> • $247.21<br><br>Burns, Alisha<br> • $16.98 |
| **Ninth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: August 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br> • $128.89<br><br>Adams, Misti<br> • $143.16<br><br>Imler, Lyn<br> • $68.86<br><br>Culp, Morgan<br> • $81.18<br><br>Kellam, Joann<br> • $720.89<br><br>Wechwartz, Brooke<br> • $14.52<br><br>Carr, Chantelle<br> • $118.14 |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| **Ninth Installment:** $6,666.67 (5.56% of total)<br><br><br>**Due Date: August 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann |

<u>*Schedule of Payments*</u>

|  |  |  |
|---|---|---|
|  |  | • $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| <u>**Tenth Installment:**</u>  $6,666.67 (5.56% of total)<br><br><u>**Due Date: September 3, 2020**</u> | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $143.16<br><br>Imler, Lyn |

*Schedule of Payments*

| | | |
|---|---|---|
| | | • $68.86 |
| | | Culp, Morgan<br>• $81.18 |
| | | Kellam, Joann<br>• $720.89 |
| | | Wechwartz, Brooke<br>• $14.52 |
| | | Carr, Chantelle<br>• $118.14 |
| | | Webb, Taquoila<br>• $86.64 |
| | | Fisher, Kim<br>• $6.24 |
| | | Brown, Tonya<br>• $17.78 |
| | | Cobb, Jean<br>• $43.97 |
| | | Price, Adrian<br>• $247.21 |
| | | Burns, Alisha<br>• $16.98 |
| **Tenth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: September 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89 |

*Schedule of Payments*

|  |  | Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| --- | --- | --- |

*Schedule of Payments*

| **Eleventh Installment:** $6,666.67 (5.56% of total)  **Due Date: October 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.  Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:  Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.  Hayes, Michelle <ul><li>$128.89</li></ul> Adams, Misti <ul><li>$143.16</li></ul> Imler, Lyn <ul><li>$68.86</li></ul> Culp, Morgan <ul><li>$81.18</li></ul> Kellam, Joann <ul><li>$720.89</li></ul> Wechwartz, Brooke <ul><li>$14.52</li></ul> Carr, Chantelle <ul><li>$118.14</li></ul> Webb, Taquoila <ul><li>$86.64</li></ul> Fisher, Kim <ul><li>$6.24</li></ul> Brown, Tonya <ul><li>$17.78</li></ul> Cobb, Jean <ul><li>$43.97</li></ul> |
| --- | --- | --- |

*Schedule of Payments*

| | | |
|---|---|---|
| | | Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
| **Eleventh Installment:**<br>$6,666.67<br>(5.56% of total)<br><br><br>**Due Date: October 3, 2020** | | $1,861.11 in **Non-Wage**<br>(1099 without deductions)<br>Payments as follows:<br><br>Payments shall be in form of<br>payroll checks made payable<br>to Plaintiffs for holding in<br>trust by Attorney Steve<br>Brown until settlement<br>approval.<br><br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $309.83<br><br>    **(Including $166.67**<br>    **for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52<br><br>Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64 |

*Schedule of Payments*

| | | Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
|---|---|---|
| **Twelfth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: November 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $143.16<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan<br>• $81.18<br><br>Kellam, Joann<br>• $720.89<br><br>Wechwartz, Brooke<br>• $14.52 |

*Schedule of Payments*

|  |  | Carr, Chantelle<br>• $118.14<br><br>Webb, Taquoila<br>• $86.64<br><br>Fisher, Kim<br>• $6.24<br><br>Brown, Tonya<br>• $17.78<br><br>Cobb, Jean<br>• $43.97<br><br>Price, Adrian<br>• $247.21<br><br>Burns, Alisha<br>• $16.98 |
|---|---|---|
| **Twelfth Installment:** $6,666.67 (5.56% of total)<br><br>**Due Date: November 3, 2020** |  | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br>• $128.89<br><br>Adams, Misti<br>• $309.83<br><br>**(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>• $68.86<br><br>Culp, Morgan |

*Schedule of Payments*

|  |  |  |
|---|---|---|
|  |  | • $81.18<br><br>Kellam, Joann<br> • $720.89<br><br>Wechwartz, Brooke<br> • $14.52<br><br>Carr, Chantelle<br> • $118.14<br><br>Webb, Taquoila<br> • $86.64<br><br>Fisher, Kim<br> • $6.24<br><br>Brown, Tonya<br> • $17.78<br><br>Cobb, Jean<br> • $43.97<br><br>Price, Adrian<br> • $247.21<br><br>Burns, Alisha<br> • $16.98 |
| **Thirteenth Installment:**<br>$6,666.67<br>(5.56% of total)<br><br>**Due Date: December 3, 2020** | $3,111.11 in Attorneys' Fees Payment to Contreras Law, LLC, 1099 payment with no deductions.<br><br>Payment shall be made to Attorney Steve Brown's IOLTA account for holding in trust until settlement approval. | $1,694.45 in **Wage** (W2 payments with normal withholdings) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br>Hayes, Michelle<br> • $128.89<br><br>Adams, Misti |

*Schedule of Payments*

<table>
<tr><td></td><td></td><td>

- $143.16

Imler, Lyn
- $68.86

Culp, Morgan
- $81.18

Kellam, Joann
- $720.89

Wechwartz, Brooke
- $14.52

Carr, Chantelle
- $118.14

Webb, Taquoila
- $86.64

Fisher, Kim
- $6.24

Brown, Tonya
- $17.78

Cobb, Jean
- $43.97

Price, Adrian
- $247.21

Burns, Alisha
- $16.98

</td></tr>
</table>

*Schedule of Payments*

| **Thirteenth Installment:**<br>$6,666.67<br>(5.56% of total)<br><br><br>**Due Date: December 3, 2020** | | $1,861.11 in **Non-Wage** (1099 without deductions) Payments as follows:<br><br>Payments shall be in form of payroll checks made payable to Plaintiffs for holding in trust by Attorney Steve Brown until settlement approval.<br><br><br>Hayes, Michelle<br>&bull; $128.89<br><br>Adams, Misti<br>&bull; $309.79<br><br>   **(Including $166.67 for Service Award)**<br><br>Imler, Lyn<br>&bull; $68.86<br><br>Culp, Morgan<br>&bull; $81.18<br><br>Kellam, Joann<br>&bull; $720.89<br><br>Wechwartz, Brooke<br>&bull; $14.52<br><br>Carr, Chantelle<br>&bull; $118.14<br><br>Webb, Taquoila<br>&bull; $86.64<br><br>Fisher, Kim<br>&bull; $6.24<br><br>Brown, Tonya<br>&bull; $17.78<br><br>Cobb, Jean |
|---|---|---|

### _Schedule of Payments_

|  |  | <ul><li>$43.97</li></ul> Price, Adrian <ul><li>$247.21</li></ul> Burns, Alisha <ul><li>$16.98</li></ul> |
|--|--|--|